UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER QUINN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CORDIS CORPORATION,<br><br>    Defendant. | Case No.  16-cv-03080-WHO<br><br>**ORDER REQUIRING DEFENDANT'S RESPONSE TO MOTION TO STAY** |

On June 13, 2016, defendant filed a motion to dismiss, which is set to be heard on July 20, 2017.  Dkt. No. 7.  On June 27, 2016, plaintiffs filed a motion to remand and a motion to stay the case pending the Court's resolution of the motion to remand, which are set to be heard on August 10, 2016.  Dkt. Nos. 16, 17.  I will treat the motion to stay (Dkt. No. 17) as an administrative motion under Civil Local Rule 7-11.  Within four days of the date of this Order, defendant shall file a response of not more than 5 pages to plaintiffs' motion to stay.  Pending my determination of plaintiffs' motion to stay, the briefing schedule on defendants' motion to dismiss is stayed.  The briefing schedule on plaintiffs' motion to remand is not stayed.

**IT IS SO ORDERED**.

Dated: June 27, 2016

WILLIAM H. ORRICK
United States District Judge