United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER QUINN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CORDIS CORPORATION,<br><br>    Defendant. | Case No. 16-cv-03080-WHO<br><br>**ORDER GRANTING PARTIAL STAY**<br><br>Re: Dkt. No. 17 |

Having reviewed the motion to stay and defendant's response, I GRANT plaintiffs' motion to stay. The July 20, 2016, hearing on the motion to dismiss is VACATED, briefing on that motion is STAYED, and discovery and other case deadlines are STAYED pending resolution of plaintiffs' motion to remand. This partial stay does not affect the briefing schedule or hearing date on plaintiffs' motion to remand. That motion will be heard on August 10, 2016.

**IT IS SO ORDERED**.

Dated: July 5, 2016



WILLIAM H. ORRICK
United States District Judge